*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and BAKER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Joseph W. DUDLEY, Jr.**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202200161**

_____

Decided: 26 October 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Adam M. King

Sentence adjudged 10 March 2022 by a general court-martial convened at Marine Corps Base Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twenty-one months, forfeiture of all pay and allowances, and a dishonorable discharge.[1]

_____

[1] Appellant was credited with having served 210 days of pretrial confinement.

Opinion of the Court

For Appellant:
*Lieutenant Daniel E. Grunert, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

———————————————

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.